AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2022

SEAN F. McAVOY, CLERK

JOSEPH W. AARNES,

    *Petitioner*

v.

UNITED STATES OF AMERICA,

    *Respondent*

Civil Action No.  2:21-cv-00242-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: construed motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody, and related construed motion for appointment of counsel, ECF No. 82, is DENIED and DISMISSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.  on a motion for 2255 to vacate, set aside, or correct sentence.

Date: 6/27/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
    *(By) Deputy Clerk*

Tonia Ramirez